AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| MARCUS DAVIS | ) Case No: CR02-622-01(MLC) |
| | ) USM No: 12865-050 |
| Date of Previous Judgment: 04/09/2003 | ) Thomas P. Belsky, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __72 months__ months **is reduced to** __62 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 60 to 71 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):
Supervised release is reduced from 4 years to 3 years, for the reasons stated in defendant's brief (docket entry [24-2]). This is within defendant's guideline range of 3-5 years.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __04/09/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/09/2008

_Mary L. Cooper_
Judge's signature

Effective Date: 05/09/2008
(if different from order date)

MARY L. COOPER
Printed name and title
UNITED STATES DISTRICT JUDGE